UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YEVGENY SELIVANOV,<br><br>    Petitioner,<br><br>    v.<br><br>XAVIER BECERRA,<br><br>    Respondent. | Case No. CV 18-05200-RSWL (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Report and Recommendation of the United States Magistrate Judge, and Objections to the Report and Recommendation filed by Petitioner. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action without prejudice.

Dated: 8/21/2018

s/ RONALD S.W. LEW

RONALD S.W. LEW
United States District Judge