JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YEVGENY SELIVANOV, | Case No. CV 18-05200-RSWL (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| XAVIER BECERRA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: 8/21/2018            s/ RONALD S.W. LEW

RONALD S.W. LEW
United States District Judge